UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-CR-00115 |
| | * | |
| VERSUS | * | |
| | * | JUDGE FOOTE |
| JAWORSKI BATTON (02) | * | |
| CODY GIBSON (04) | * | MAGISTRATE JUDGE HORNSBY |

**NOTICE OF INTENT TO INTRODUCE CERTIFIED RECORDS
GENERATED BY AN ELECTRONIC PROCESS OR SYSTEM**

NOW INTO COURT, through the undersigned Assistant United States Attorneys, come the United States of America, who hereby gives notice of the government's intent to introduce into evidence at the trial of the captioned case, certified records generated by an electronic process or system that meet the requirements of Rule 902(11), (13), and (14) of the Federal Rules of Evidence, as shown by a sworn certification of the qualified person, namely:

In compliance with the Federal Rules of Evidence attached to this filing as Government Exhibit 1, is the affidavit of Stone Verdell, Investigative Assistant, Drug Enforcement Administration attesting to the authenticity of wireless communications to be presented in the above-captioned case. The wireless communications to be presented at trial are identified and authenticated based on digital signatures and hash values which have been verified as being intact for the following telephone numbers: (318)579-0693, (225) 317-4135, (318) 607-4616 and

1

(318) 224-3133. The Government previously provided digital copies of these communications to defense counsel during the discovery process.

        Respectfully submitted,

        ALEXANDER VAN HOOK
        United States Attorney

By:   /s/ J. Aaron Crawford
       J. Aaron Crawford, #31682
       William Gaskins, #35786
       Assistant United States Attorneys
       300 Fannin Street, Suite 3021
       Shreveport, Louisiana 71101
       (318) 676-3600

## CERTIFICATE

I certify that on March 21, 2024, a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

        By:    **/s/ *J. Aaron Crawford***
                 J. Aaron Crawford
                 Assistant United States Attorney

                 /s/ William Gaskins
                 William Gaskins
                 Assistant United States Attorney